MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   Darin James Diebold
Chapter 7 Case No. 09-46641

Please Check One:
__  Unclaimed Dividends

X   Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| HCMC<br>701 Park Ave<br>Minneapolis, MN  55417 | 2 | $255.00 | $2.37 |
|  |  |  |  |

DATE: April 27, 2010

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179